OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



April 28, 2025

Assata Acey Hackman
Alberto M. Longo, Esq.
Randall C. Schauer, Esq.

RE: Assata Hackman v. Inductev
Case Number: 24-3223
District Court Case Number: 2:23-cv-01438

Dear Litigant and Counsel:

Please be advised that the above-entitled case(s) will be submitted on the briefs, pursuant to 3rd Cir. LAR 34.1(a), with NO oral argument on **Friday, May 16, 2025.** This means your presence will not be required.

PSD/KY

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk


By: Khadija
Calendar Clerk
267-299-4914


Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **KRAUSE, PHIPPS and ROTH, Circuit Judges**