Coram: KRAUSE, PHIPPS and ROTH, Circuit Judges

S U B M I T T E D

No. 24-3223
Pursuant to 3rd Cir. LAR 34.1(a)

ASSATA ACEY HACKMAN,
Appellant
v.
INDUCTEV