UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-3223
_____

ASSATA ACEY HACKMAN,
    Appellant

v.

INDUCTEV
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:23-cv-01438)
District Judge: Honorable Paul S. Diamond
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
May 16, 2025
Before: KRAUSE, PHIPPS, and ROTH, <u>Circuit</u> <u>Judges</u>
_____

**JUDGMENT**
_____

    This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on May 16, 2025. On consideration whereof, it is now hereby

    ORDERED and ADJUDGED by this Court that the judgment of the District Court entered November 27, 2024, be and the same is hereby affirmed. Costs taxed against the appellant. All of the above in accordance with the opinion of this Court.

                                                                                ATTEST:

                                                        s/ Patricia S. Dodszuweit

Dated: July 1, 2025                                                    Clerk