**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

BILL OF COSTS

C.A. No. __24-3223__

Caption: __Assata Hackman v. InductEV__

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | | |
| Brief | 7 | 66 | .10 | 4.00 | 40.00 | | 354.2 | |
| Reply Brief | | | | | | | | |
| Appendix | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | $ 354.2 | $ |

Brief Produced by Reproduction: ☐     Brief Produced by Photocopy:  ☑
In House:  ☑
Commercial:  ☐

**Unless document was produced by in house photocopy, receipts must be attached.**

I, __Alberto M. Longo__, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

__/s/ Alberto M. Longo__                                         __7/7/2025__
Signature                                                                          Date
Attorney for: __InductEV__

**A certificate of service must accompany this form.**

INSTRUCTIONS
FOR FILING A BILL OF COSTS

A request for costs must be submitted on this form and received by the Clerk within 14 days of judgment. Fed. R. App. P. 39(d)(1) and 3rd Cir. LAR 39.4(b). A motion for leave to file out of time showing good cause must be submitted with any untimely bill of costs. Any opposition to the bill of cost must be filed within 14 days from the date of service of the bill of costs, unless the Court extends the time. The taxation of costs is governed by Fed. R. App. P. 39 and 3rd Cir. LAR 39; See also, 3rd Cir. LAR 28.1(a)(iii), 30.5 and Misc. 107.4. All rules are available on this Court's website www.ca3.uscourts.gov. Third Cir. LAR 39 sets forth the maximum number of copies and rates and are summarized below.

Number of Copies:

Briefs          Costs will be allowed for 7 copies of each brief filed with the Court,  plus 1 copy for each party separately represented provided that hard copies of the documents were served, plus 1 copy for the filer's own record. In the event that the Court directed a greater number of briefs to be filed costs for the additional copies will be permitted.

Appendices   Costs will be allowed for 4 copies of each volume of the Appendix filed with the Court, plus 1 copy for each party separately represented provided that hard copies of the Appendix were served, plus 1 copy for the filer's own record. In the event that the Court directed a greater number of appendices be filed costs for the additional copies will be permitted.

Costs:  In taxing costs for reproduced or photocopied briefs and appendices, the Clerk shall tax costs at the following rates, or at the actual cost, whichever is less:

Reproduction (whether by offset or typography):
  Reproduction per page (for 20 copies or less)  $  4.00
  Covers (for 20 copies or less)  $ 50.00
  Binding per copy  $  4.00
  Sales tax  Applicable Rate Receipt Provided

  Photocopying (whether in house or commercial):
  Reproduction per page  $   .10
  Binding per copy  $  4.00
  Covers (for 20 copies or less)  $ 40.00
  Sales tax  Applicable Rate Receipt Provided

Other Costs. No other costs associated with briefs and appendices, including the costs of typing, word processing, and preparation of tables and footnotes, shall be allowed for purposes of taxation of costs.

In the event that a party corrects deficiencies pursuant to 3rd Cir. LAR Misc. 107.3, costs incurred in order to bring the document into compliance will not be allowed.

**Updated:  09/09/15**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

ASSATA HACKMAN

*Plaintiff-Appellant*

v.

INDUCTEV

*Defendant-Appellee*

On Appeal from the U.S. District Court for the Eastern District of Pennsylvania,
Civil Action No.: 2:23-cv-01438
(Honorable Paul S. Diamond, U.S. District Judge)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 7, 2025, an electronic copy of the foregoing Bill of Costs was filed with the Clerk of Court for the United States Court of Appeals for the Third Circuit, constituting service via the Court's electronic filing system on Appellant Assata Acey Hackman and all other parties of record who are registered CM/ECF users.

FOX ROTHSCHILD LLP

/s/ *Alberto M. Longo*
Alberto M. Longo
*Attorney for InductEV*