UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-3223
_____

ASSATA ACEY HACKMAN,
                          Appellant

v.

INDUCTEV
_____

(E.D. Pa. No. 2:23-cv-01438)
_____

SUR PETITION FOR REHEARING
_____

Present: KRAUSE, PHIPPS, and ROTH, *Circuit Judges*.

    The petition for rehearing filed by **Appellant** in the above-entitled case having been submitted to the judges who participated in the decision of this Court, and no judge who concurred in the decision having asked for rehearing, the petition for rehearing by the panel, is denied.

                                              BY THE COURT,

                                              s/ *Peter J. Phipps*
                                             Circuit Judge

Dated: July 29, 2025
ARR/cc: AAH; AML; RCS